**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| CHARTER SCHOOLS USA AT BERKELEY, LLC,<br><br>Plaintiff,<br>v.<br><br>BERKELEY CHARTER EDUCATION ASSOCIATION, INC.; and THE CHARTER INSTITUTE AT ERSKINE, INC.,<br><br>Defendants. | C/A No.: 2:25-cv-01852-BHH |

AND

| | |
|---|---|
| BERKELEY CHARTER EDUCATION ASSOCIATION, INC.<br>Plaintiff,<br>v.<br><br>RED APPLE DEVELOPMENT, LLC, RED APPLE AT LIBERTY, LLC, and RED APPLE AT BERKELEY, LLC<br><br>Defendants. | C/A No.: 2:25-cv-01341-BHH |

**NOTICE OF SETTLEMENT**

The above parties hereby notify the Court that they participated in mediation on August 19, 2026, before Thomas W. Traxler and reached settlement in:

- C/A No.: 2:25-cv-01852-BHH between Charter Schools USA at Berkeley, LLC ("CSUSA") and the Charter Institute at Erskine ("CIE") and Berkeley Charter Education Association Inc. ("BCEA"); and

- C/A No.: 25-cv-01341-BHH between Berkeley Charter Education Association Inc. and Red Apple Development, LLC; Red Apple at Liberty, LLC; and Red Apple at Berkeley, LLC ("Red Apple").

The parties anticipate that a settlement agreement between CSUSA, Red Apple, and BCEA will take additional time to consummate, and thus the parties anticipate submitting a consent order within 20 days to facilitate the settlement. The Parties have reached a settlement that will take more than sixty (60) days to consummate. Given that this timeline will extend past the normal time permitted under a Rubin Order in South Carolina District Court, the Parties also anticipate filing a Joint Motion to Stay this action pending settlement.

CSUSA and CIE are working to finalize settlement documents and will file a stipulation of dismissal as soon as a settlement agreement is finalized and executed.

In light of the settlement in both matters, the parties respectfully advise the Court that any pending motions, hearings, or deadlines are no longer necessary and may be held in abeyance pending the filing stipulations of dismissal.

[SIGNATURE PAGE FOLLOWS]

We consent:

By: *s/ Molly M. McDermid*
M. Todd Carroll, Fed. ID No. 9742
WOMBLE BOND DICKINSON (US) LLP
1221 Main Street, Suite 1600
Columbia, SC 29201
(803) 454-7730
Todd.carroll@wbd-us.com

Molly McDermid, Fed ID No. 13459
P.O. Box 999
Charleston, SC 29402
Molly.mcdermid@wbd-us.com

Matthew F. Tilley (admitted pro hac vice)
301 S. College Street, Suite 3500
Charlotte NC 28202
Matthew.tilley@wbd-us.com

***Attorneys for Plaintiff Charter Schools USA at Berkeley and Red Apple***

By: *s/William D. Smith*
J.W. Matthews III, Fed ID No. 7699
Christopher B. Major Fed. ID No. 9382
W. Howell Morrison, Fed. ID No. 8406
William D. Smith Fed. ID No. 14014
**HAYNSWORTH SINKLER BOYD, P.A.**
ONE North Main Street, 2nd Floor (29601)
P.O. Box 2048
Greenville, SC 29602
(864)240-3200 (p)
jmatthews@hsblawfirm.com
cmajor@hsblawfirm.com
hmorrison@hsblawfirm.com
wsmith@hsblawfirm.com

***Attorneys for Defendant Berkeley Charter Education Association, Inc.***

Respectfully submitted:

By: *s/ Dylan A. Crossland*
Dylan A. Crossland (FED ID No. 13900)
Ashley C. Story (FED ID No. 11505)
WHITE, STORY & HICKS, LLC
P.O. Box 7036 (29202)
3614 Landmark Drive, Suite EF
Columbia, SC 29204
Tel: 803-814-0993
astory@sodacitylaw.com
dcrossland@sodacity.com

***Attorneys for The Charter Institute at Erskine***